**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1507**
_____

JAVIER ALEXIS REYES,

          Petitioner,

     v.

MERRICK B. GARLAND, Attorney General,

          Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  February 17, 2023                    Decided:  April 18, 2023

_____

Before RICHARDSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Ivan Yacub, YACUB LAW OFFICES, LLC, Woodbridge, Virginia, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, Janice K. Redfern, Senior Litigation Counsel, Beau J. Baumann, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javier Alexis Reyes, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals adopting and affirming the Immigration Judge's decision denying Reyes' motion to terminate and denying his application for cancellation of removal. On appeal, Reyes raises a single claim, contending that 8 C.F.R. § 1003.15(b)-(c) (2022) is inconsistent with 8 U.S.C. § 1229(a)(1)(G) and is therefore ultra vires. We find no reversible error and so deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
